```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA          :     CRIMINAL ACTION
                                  :
     v.                           :
                                  :
VERNON HARRIS                     :     NO. 95-393

ORDER

AND NOW, this 29th day of October, 2015, upon consideration of the defendant's pro se emergency motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines (Docket #133) and the Government's response thereto, it is hereby ORDERED that said motion is DENIED.  The defendant is serving a mandatory sentence of life imprisonment and thus is not eligible for a reduction of sentence.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                  J.